**FILED**

04/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA
Consolidate Cause No. DA 22-0036

| | |
|---|---|
| STEVE FLETCHER,<br><br>  Plaintiff and Appellee,<br><br> vs.<br><br>DONALD R. BARBA and CITY OF MISSOULA<br><br>  Defendants and Appellants,<br><br>KINGDOM BUILDERS, INC.; MIKE MORGAN and EMETT ANDERSON dba HOFFMAN MORGAN & ASSOCIATES;,<br><br>  Defendants. | **ORDER GRANTING MOTION TO DISMISS BY STIPULATION** |

UPON REVIEW of Donald Barba's and City of Missoula's Motion to Dismiss by Stipulation and good cause shown,

IT IS HEREBY ORDERED, that the above cause matter is dismissed.

Order Granting Motion to Dismiss by Stipulation

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 29 2022